IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.  04-cr-00157-REB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

THOMAS MARK CONNALY,
    a/k/a Thomas Mark Miller,

       Defendant.

_____

### MOTION TO DETERMINE DEFENDANT'S COMPETENCY
_____

COMES NOW the defendant Thomas Mark Connaly ("Mr. Connaly"), by and through Assistant Federal Public Defender Edward R. Harris and moves this Honorable Court pursuant to 18 U.S.C. § 4241(a) for a hearing to determine the mental competency of the defendant, and a psychiatric evaluation, pursuant to 18 U.S.C. § 4242.  In support of this motion, counsel states as follows:

1.    18 U.S.C. § 4241(a) provides that at any time after the commencement of a prosecution for an offense and prior to sentencing, a defendant may file a motion for a hearing to determine his mental competency.  The Court shall grant such motion if there is reasonable cause to believe that the defendant may be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Prior the competency hearing, the Court may order a psychiatric evaluation of the defendant under 18 U.S.C. § 4241 (b) and (c).

2.      Undersigned counsel proffers, based on his interaction with the defendant, that there is "reasonable cause to believe ... that the defendant may be suffering from a mental disease or defect rendering him mentally incompetent...."  Without disclosing the specific content of privileged communications, counsel's belief in this regard is based on statements made by the defendant regarding this case, statements made by the defendant regarding his memory of the case, statements made by the defendant regarding his memory of counsel, the defendant's demeanor, and concerns raised by the defendant himself regarding his mental and physical condition.

3.      Counsel requests that a psychiatric evaluation be conducted pursuant to 18 U.S.C. § 4247(b) and (c) to determine whether Mr. Connaly is competent to proceed to trial.

4.      Counsel has advised Assistant United States Attorney Kasandra Carleton that he would file this motion.  He does not believe that she opposes the motion.

>                          Respectfully submitted,
>
>                          RAYMOND P. MOORE
>                          Federal Public Defender
>
>
>                          s/ Edward R. Harris
>                          Edward R. Harris
>                          Assistant Federal Public Defender
>                          633 17th Street, Suite 1000
>                          Denver, CO  80202
>                          Telephone:  (303) 294-7002
>                          FAX:  (303) 294-1192
>                          Edward_Harris@fd.org
>                          Attorney for Defendant

**CERTIFICATE OF SERVICE**

       I hereby certify that on October , 2009, I electronically filed the foregoing **MOTION TO DETERMINE DEFENDANT'S COMPETENCY** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

James Allison, Assistant United States Attorney
       james.allison2@usdoj.gov

Kasandra Carleton, Assistant United States Attorney
       kasandra.carleton@usdoj.gov


and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Mr. Thomas Connaly (via U.S. mail)
Reg. No. 32605-013
c/o Denver City Jail
1351 Cherokee
Denver, CO   80204


                                          s/ Edward R. Harris
                                          Edward R. Harris
                                          Assistant Federal Public Defender
                                          633 17th Street, Suite 1000
                                          Denver, CO  80202
                                          Telephone:  (303) 294-7002
                                          FAX:  (303) 294-1192
                                          Edward_Harris@fd.org
                                          Attorney for Defendant