**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 04–cr–00157–REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. THOMAS MARK CONNALY,
    a/k/a Thomas Mark Miller,

     Defendant.

---

**MINUTE ORDER**[1]

---

     On **April 1, 2010**, commencing at 10:00 a.m., the court shall conduct a further status conference in this matter. That, to the extent necessary, the United States Marshal shall assist in securing the defendant's appearance for this hearing.

     Dated: March 25, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.