IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 04–cr–00157–REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. THOMAS MARK CONNALY,
    a/k/a Thomas Mark Miller,

    Defendant.

## MINUTE ORDER[1]

On May 3, 2010, the court conducted a telephonic setting conference to set this matter for a status/scheduling conference. After conferring with counsel, and with their consent,

**IT IS ORDERED** as follows:

1. That on **May 12, 2010**, commencing at 9:00 a.m., the court shall conduct a status/scheduling conference in this matter; and

2. That, to the extent necessary, the United States Marshal shall assist in securing the defendant's appearance for this hearing.

Dated: May 3, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.