**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 04–cr–00157–REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. THOMAS MARK CONNALY,
    a/k/a Thomas Mark Miller,

      Defendant.

---

**MINUTE ORDER**[1]

---

The matter is before the court on the request of the probation department to continue the sentencing hearing. After reviewing the memorandum and the file, the court has concluded that the sentencing hearing set for February 23, 2011, at 2:30 p.m. should be vacated and continued.

**THEREFORE, IT IS ORDERED** as follows:

1. That the request of the probation department to vacate and continue the sentencing hearing in this matter is **GRANTED**;

2. That the sentencing hearing set for February 23, 2011, is **VACATED** and is **CONTINUED** pending further order of court;

3. That on February 23, 2011, commencing at 2:30 p.m., the court shall conduct a telephonic setting conference to reset the sentencing hearing in this matter; and

4. That counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

Dated: February 14, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.