**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Criminal Case No. 04–cr–00157–REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. THOMAS MARK CONNALLY,
    a/k/a Thomas Mark Miller,
    a/k/a Thomas Mark Connaly,

    Defendant.

## MINUTE ORDER[1]

On February 23, 2011, the court conducted a telephonic setting conference to reset the sentencing hearing in this matter. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1. That on **May 20, 2011**, commencing at 3:00 p.m., the court shall conduct a sentencing hearing in this matter; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated: February 23, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.