**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 04–cr–00157–REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  THOMAS MARK CONNALLY,
      a/k/a Thomas Mark Miller,
      a/k/a Thomas Mark Connaly,

      Defendant.

## MINUTE ORDER[1]

      Due to a conflict arising on the court's calendar, the sentencing hearing in this matter, set for May 20, 2011, should be vacated and continued pending further order of court.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the sentencing hearing set for May 20, 2011, is **VACATED** and is **CONTINUED** pending further order of court;

      2.  That on **April 25, 2011**, commencing at 10:30 a.m., the court shall conduct a telephonic setting conference to reset this sentencing hearing; and

      3.  That counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.
.

      Dated: April 20, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.