IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Criminal Case No.  04-cr-00157-REB

UNITED STATES OF AMERICA,

Plaintiff,

v.

THOMAS CONNALLY,

Defendant.

---

## ORDER

---

This matter arises on the defendant's **Motion Requesting Return of Mr. Connally's Property** [Doc. # 122, filed 5/17/2011] (the "Motion").

The plaintiff seeks return of 14 of 16 firearms seized from the defendant.  The United States does not oppose the return of 13 of the firearms.  One of the firearms which the defendant seeks to have returned--a Norinco 5.62 mm X 39 machine gun--was administratively forfeited and has been destroyed.  The plaintiff agrees that he is not entitled to the return of the Norinco machine gun.

The plaintiff requests that the firearms be returned to his son-in-law, Christopher Green. The United States does not oppose the return of the firearms to Mr. Green "after a background check."  The defendant agrees to that condition.

IT IS ORDERED that the Motion [Doc. # 122] is GRANTED, and the following firearms shall be returned to Christopher Green when and if he satisfactorily completes a background check:

Item # 1.  25 caliber Beretta handgun, model 950BS, serial number BT22566;

Item # 3.  9 mm Policia handgun, model Prov.bs.aires-61, serial number 06534;

Item # 4.  22 caliber Hi-Standard handgun-revolver, model W-101, serial number 1014623;

Item # 5.  22 caliber Hornet/Thompson Contender handgun, serial number 113621;

Item # 7.  357 caliber 2 1/2 barrel Dan Wesson firearm, serial number 222404;

Item # 8.  9 mm FEG firearm, serial number R51119;

Item # 10.  12 gauge Stoeger shotgun side-by-side, serial number 504962-02;

Item # 11.  12 gauge semi-automatic Tristar-NKC-MO shotgun, model Phentom, serial number 44162;

Item # 12.  30-30 caliber Marlin rifle, model 336W, unknown serial number;

Item # 13.  45-70 gov caliber HarringtonRichardson firearm, serial number AR278994;

Item # 14.  45 caliber EMF-S.A. revolver handgun, model 1875 Outlaw, serial number 137050;

Item # 15.  44-40 caliber EMF-S.A. revolver handgun, model 1875 Outlaw, serial number 17334; and

Item # 16.  45 colt-410 caliber TC firearm, serial number 71818.

Dated June 14, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge